## MERRIMACK MUTUAL FIRE INSURANCE COMPANY *v.* JEFFREY RAMSEY ET AL.

The defendant Meghan Laporta's petition for certification for appeal from the Appellate Court, 117 Conn. App. 769 (AC 30245), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Douglas P. Mahoney*, in support of the petition.

*Patricia M. Shepard*, in opposition.

Decided December 9, 2009

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.